UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY JONES,

    Plaintiff,

v.                                            Civil Action No. 2:12-cv-12036
                                             Honorable George Caram Steeh

THANG, et.al.,

    Defendant(s).
_____/

## ORDER TRANSFERRING CASE TO THE UNITED STATES
## DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

This is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff Larry Jones is an Illinois state prisoner currently confined at the Robinson Correctional Center in Robinson, Illinois. He filed this *pro se* Complaint on May 7, 2012, alleging that Defendant Michigan State Trooper Thang illegally searched his body, touching his penis, testicles, and sticking her fingers into his rectum. The events described in Plaintiff's Complaint occurred in White Pigeon, Michigan, and Defendants are officers located at the White Pigeon Post.

The proper venue for civil actions in which jurisdiction is not based on diversity of citizenship is the judicial district where: (1) any defendant resides if all defendants reside in the same state; (2) a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of the property in question is situated; or (3) any defendant may be found if there is no other district in which plaintiff may bring the action. 28 U.S.C. § 1391(b). Public officials "reside" in the county where they serve. *See O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Pursuant to 28 U.S.C. § 1404(a), a district court may

transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses, in the interest of justice.

Having reviewed the Complaint, the Court finds that the United States District Court for the Western District of Michigan is a more appropriate forum for this action. Defendants reside in St. Joseph County for purposes of the present Complaint, which lies in the Southern Division of the Western District of Michigan. *See* 28 U.S.C. § 102(b).

Accordingly, the Court **ORDERS** the Clerk of the Court to transfer this case to the United States District Court for the Western District of Michigan. 28 U.S.C. §§ 1391(b) and 1404(a).

Dated:  May 14, 2012

                                  S/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 14, 2012, by electronic and/or ordinary mail and also to Larry Jones at 803 West Street, Three Rivers MI 49039.

S/Josephine Chaffee
Deputy Clerk