UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CEDRICK HARRIS, A/K/A LARRY JONES,<br>    Plaintiff,<br><br>-v-<br><br>MICHAEL THYNG, KARL HUHNKE, and<br>MATTHEW STARK,<br>    Defendants. | No. 1:12-cv-483<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants' motions for summary judgment, and having dismissed the all the claims in the complaint, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 22, 2013                                                        /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            Chief United States District Judge